# MARY BOWER SHEATS
### ATTORNEY AT LAW

1195 WASHINGTON PIKE, SUITE 325
BRIDGEVILLE, PENNSYLVANIA 15017

412-281-7266
MARY@MBSHEATSLAW.COM
WWW.MARYBOWERSHEATS.COM

February 3, 2021

Doug Montanari, Chairperson, Board of Directors
Clearview Federal Credit Union
1920 Park Manor Blvd.
Pittsburgh, PA 15205

Re: Clearview's violation of the bankruptcy discharge injunction with regard to bankruptcy debtor Amanda Minech

Dear Mr. Montanari:

I represent Amanda Minech, who received a discharge, on July 11, 2018, from all of the debts that she owed to Clearview Federal Credit Union. Ms. Minech never signed a reaffirmation agreement with Clearview Federal Credit Union. In July, 2020, two years after Ms. Minech received her discharge, Clearview reported to Experian that it had charged off Ms. Minech's account no. 112512xxx with Clearview. This adverse report rendered Ms. Minech ineligible for a residential mortgage. Ms. Minech had planned to buy a home until Clearview decided to violate the discharge injunction. Ms. Minech notified Experian that she disputed Clearview's adverse report, because the debt was discharged in her bankruptcy. When Experian investigated, Clearview told Experian that the report was accurate. A copy of Experian's report is enclosed. I am also enclosing a copy of Ms. Minech's discharge, and the relevant sections of her chapter 7 bankruptcy petition.

To avoid an action for contempt against Clearview, in the Bankruptcy Court, I request that you have your attorneys contact me immediately. Ms. Minech has suffered damages in excess of $10,000 as the result of Clearview's violation of the discharge injunction. Clearview must agree to immediately notify all of the credit reporting agencies to remove this adverse report from Ms. Minech's credit report and immediately provide proof to me, and to Ms. Minech, that Clearview has removed this adverse report from Ms. Minech's credit report.

Sincerely,

Mary Bower Sheats

MBS/elb
enclosures

2/2/2021                                                               Experian





Prepared for

**AMANDA MINECH**

**Personal & Confidential**

**Date Generated** Jan 27, 2021
**Report Number** 1750-6072-84

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

2/2/2021            Experian

## CLEARVIEW FEDERAL CU

Account • 112512XXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.


Updated

You can contact CLEARVIEW FEDERAL CU at 8805 UNIVERSITY BLVD, MOON TOWNSHIP, PA 15108 or (412) 269-3011

### After your dispute:

| | | | |
|---|---|---|---|
| Account Name | CLEARVIEW FEDERAL CU | Balance | $634 |
| Account Number | 112512XXXXXX | Balance Updated | 01/26/2021 |
| Account Type | Unsecured | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 11/25/2016 | Original Balance | - |
| Status | Account charged off. $1,078 written off. $634 past due as of Jan 2021. | Highest Balance | $0 |
| | | Terms | NA |
| Status Updated | Invalid date | On Record Until | Aug 2023 |

**Payment History**

LEGEND   (ND) No data for this time period    (CO) Charge off

**2021**
| JAN | FEB | MAR | APR |
|---|---|---|---|
| CO | ◯ | ◯ | ◯ |
| MAY | JUN | JUL | AUG |
| ◯ | ◯ | ◯ | ◯ |

**2020**
| JAN | FEB | MAR | APR |
|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ |
| MAY | JUN | JUL | AUG |
| ◯ | ◯ | CO | ND |

2/2/2021                                                      Experian

| SEP | OCT | NOV | DEC | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ○ | ND | ND | ND | ND |

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

⬅️ **Before your dispute:**

| | | | |
|---|---|---|---|
| Account Name | CLEARVIEW FEDERAL CU | Balance | $1,078 |
| Account Number | 112512XXXXXX | Balance Updated | 07/01/2020 |
| Account Type | Unsecured | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 11/25/2016 | Original Balance | - |
| Status | Account charged off. $1,078 written off. $1,078 past due as of Jul 2020. | Highest Balance | $0 |
| | | Terms | NA |
| Status Updated | Invalid date | On Record Until | Aug 2023 |

**Payment History**

LEGEND    (CO) Charge off

### 2020

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| ○ | ○ | ○ | ○ |

2/2/2021                                                                                                    Experian

```
  MAY   JUN   JUL   AUG
   O     O   (CO)   O
  SEP   OCT   NOV   DEC
   O     O    O     O
```

# If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at

2/2/2021                                                                                    Experian

www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to

2/2/2021                            Experian

us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/) .

# Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

2/2/2021                                                                                                    Experian

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

2/2/2021                                                                    Experian

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

2/2/2021                                                                Experian

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | b. Federal Trade Commission:<br>Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

2/2/2021                 Experian

2. To the extent not included in item 1 above:

a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks

b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

c. Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

d. Federal Credit Unions

a. Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050

b. Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

c. FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106

d. National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and Outreach (DCCO)
1775 Duke Street
Alexandria, VA 22314

3. Air carriers

Asst. General Counsel for Aviation Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

2/2/2021                                                                 Experian

**4. Creditors Subject to Surface Transportation Board**                 Office of Proceedings, Surface
                                                                         Transportation Board
                                                                         Department of Transportation
                                                                         395 E Street, SW
                                                                         Washington, DC 20423

**5. Creditors Subject to Packers and Stockyards Act**                   Nearest Packers and Stockyards
                                                                         Administration area supervisor

**6. Small Business Investment Companies**                               Associate Deputy Administrator for
                                                                         Capital Access
                                                                         United States Small Business
                                                                         Administration
                                                                         409 Third Street, SW, 8th Floor
                                                                         Washington, DC 20416

**7. Brokers and Dealers**                                               Securities and Exchange Commission
                                                                         100 F St NE
                                                                         Washington, DC 20549

**8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and**   Farm Credit Administration
**Production Credit Associations**                                       1501 Farm Credit Drive
                                                                         McLean, VA 22102-5090

2/2/2021                                                                                                Experian

9. Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)

- Notification of Rights for Washington Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/washington/)

2/2/2021                                                                    Experian

Services

    Overview

    Reports & Scores

    Personal Finances ᴮᴱᵀᴬ

    Financial Profile

    Protection

    Credit Cards

    Loans

    Auto

Tools

    Experian Boost

    Experian CreditLock

    Score Planner

    Score Simulator

    Score Tracker

Support

    Disputes Guide

    FAQs

    Glossary

2/2/2021

Experian

Education

Get the free Experian app:

 

Follow us:

   

About Us

Ad Targeting Policy

Contact Us

Terms & Conditions

Privacy Policy

© 2021 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.



Case 18-21030-GLT    Doc 24-7    Filed 02/23/21    Entered 02/23/21 11:55:57    Desc
Case 18-21030-GLT   Exhibit Ex. Documents letter to Clearview Page 16 of 20 08:30:26    Desc
Exhibit Ex. Documents sent to Clearview re Discharge Ch 7    Page 1 of 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Amanda Minech** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx-xx-6244 <br> EIN  __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN  __-_____ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **18-21030-GLT** | | |

# Order of Discharge                                                                                                 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amanda Minech

7/11/18                                                        **By the court:**  Gregory L. Taddonio
                                                                                        United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                              Order of Discharge                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**Notice Recipients**

District/Off: 0315−2        User: admin                Date Created: 07/11/2018
Case: 18−21030−GLT          Form ID: 318               Total: 21

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
aty    Keri P. Ebeck      kebeck@bernsteinlaw.com
aty    Mary Bower Sheats        mbsheats@fgbmp.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Amanda Minech       4115 Home Street        West Mifflin, PA 15122
tr          Natalie Lutz Cardiello        107 Huron Drive        Carnegie, PA 15106
cr          PRA Receivables Management, LLC        PO Box 41021         Norfolk, VA 23541
cr          Duquesne Light Company        c/o Bernstein−Burkley, P.C.        707 Grant Street, Suite 2200, Gulf Tower         Pittsburgh, PA 15219
smg         Pennsylvania Dept. of Revenue        Department 280946         P.O. Box 280946         ATTN: BANKRUPTCY DIVISION         Harrisburg, PA 17128−0946
14794254    1st Financial Bank USA         363 W Anchor Dr        Dakota Dunes, SD 57049−5154
14794255    Capital One Bank USA         PO Box 30285         Salt Lake City, UT 84130−0285
14794256    Clearview Federal Credit Union         8805 University Blvd         Moon Township, PA 15108−4212
14794257    Comenity Bank/Victorias Secret        PO Box 182789         Columbus, OH 43218−2789
14794258    Credence Resource Management         17000 Dallas Pkwy Ste 204         Dallas, TX 75248−1940
14794259    Credit One Bank        PO Box 98875         Las Vegas, NV 89193−8875
14794260    Diversified Consultants         10550 Deerwood Park Blvd # 309         Jacksonville, FL 32256−2805
14794261    Kay Jewelers        375 Ghent Rd         Fairlawn, OH 44333−4601
14794262    Kohl's /Capital One Bank NA USA         PO Box 3115         Milwaukee, WI 53201−3115
14795346    PRA Receivables Management, LLC        PO Box 41021         Norfolk, VA 23541
14794263    Portfolio Recovery Associates, LLC        120 Corporate Blvd         Norfolk, VA 23502−4962
14794264    Synchrony Bank/Walmar        PO Box 965024         Orlando, FL 32896−5024
14794265    TD Bank USA/Target Credit        PO Box 673         Minneapolis, MN 55440−0673

TOTAL: 18

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Amanda | | Minech |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Clearview Federal Credit Union**<br>Creditor's Name<br><br>**8805 University Blvd**<br>**Moon Township, PA**<br>**15108-4212**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2012 Chevrolet Malibu**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,405.00 | $10,000.00 | $0.00 |

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   02/27/2018        Last 4 digits of account number   2512

Add the dollar value of your entries in Column A on this page. Write that number here:    $8,405.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $8,405.00

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 1
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1  Minech, Amanda

Case number (if known) _____

### 4.2 Capital One Bank USA
Nonpriority Creditor's Name

PO Box 30285
Salt Lake City, UT 84130-0285
Number Street City State Zip Code

Last 4 digits of account number  7805

When was the debt incurred?  2011

$2,851.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.3 Capital One Bank USA
Nonpriority Creditor's Name

PO Box 30285
Salt Lake City, UT 84130-0285
Number Street City State Zip Code

Last 4 digits of account number  7805

When was the debt incurred?  09/28/2012

$2,418.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.4 Clearview Federal Credit Union
Nonpriority Creditor's Name

8805 University Blvd
Moon Township, PA 15108-4212
Number Street City State Zip Code

Last 4 digits of account number  5522

When was the debt incurred?  2016

$1,088.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____